FOURTH DEPARTMENT, MAY, 1936.

LULU B. PATTRIDGE TORRENS, Respondent, v. FINGER LAKES LAND CO., INC., and Others, Appellants.— Each order affirmed, with ten dollars costs and disbursements. All concur. (The orders deny motion to vacate judgment of foreclosure and sale and authorize payment of unpaid taxes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GROVER C. ASHLEY, Appellant.— Judgment of conviction and . order affirmed. Memorandum: We affirm this conviction under the provisions of section 542 of the Code of Criminal Procedure because we are convinced of the guilt of the defendant. This affirmance, however, must not be taken as an approval of the conduct of the district attorney in presenting the People's case at the trial. All concur. (The judgment convicts defendant of the crime of murder, second degree.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

JANET C. MCINTOSH, by Her Guardian ad Litem, DREW W. MCINTOSH, Respondent, v. COUNTY OF JEFFERSON and TOWN OF CLAYTON, Appellants. — Order affirmed, with ten dollars costs and disbursements. Memorandum: In view of the way in which this appeal was presented, we are not passing upon the responsibility under the complaint as between the two defendants. All concur. (The order denies motions to dismiss the complaint in an automobile negligence action.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

DREW W. MCINTOSH, Respondent, v. COUNTY OF JEFFERSON and TOWN OF CLAYTON, Appellants.— Order affirmed, with ten dollars costs and disbursements. Memorandum: In view of the way in which this appeal was presented, we are not passing upon the responsibility under the complaint as between the two defendants. All concur. (The order denies motions to dismiss the complaint in an automobile negligence action.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

EDITH B. MCINTOSH, Respondent, v. COUNTY OF JEFFERSON and TOWN OF CLAYTON, Appellants.— Order affirmed, with ten dollars costs and disbursements. Memorandum: In view of the way in which this appeal was presented, we are not passing upon the responsibility under the complaint as between the two defendants. All concur. (The order denies motions to dismiss the complaint in an automobile negligence action.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

ELIZABETH J. MCINTOSH, by Her Guardian ad Litem, DREW W. MCINTOSH, Respondent, v. COUNTY OF JEFFERSON and TOWN OF CLAYTON, Appellants. — Order affirmed with ten dollars costs and disbursements. Memorandum: In view of the way in which this appeal was presented, we are not passing upon the responsibility under the complaint as between the two defendants. All concur. (The order denies motions to dismiss the complaint in an automobile negligence action.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

SAMUEL R. GOETZ, on Behalf of Himself and All Other Stockholders of NEW YORK CAR WHEEL COMPANY, Appellant, v. MANUFACTURERS AND TRADERS TRUST COMPANY and Others, Respondents.— Judgment modified by striking out